```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK         X
--------------------------------------X
IN RE                                    CASE NO.
    JAMES WHITE
    HELEN WHITE
                                         CHAPTER 13 PLAN
                    Debtor(s).
--------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of 60  months, the sum of:

*   $850 commencing   FEB, 2007 through and including JAN, 2012, the last month of the plan.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $2500

During the pendency of this case, the debtors will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period commencing with the tax year 2006. Indicated tax refunds are to be paid to the Trustee upon receipt, however, no later than June 15th of the year in which the tax returns are filed

(b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

BANK OF AMERICA & M&T BANK ARE CURRENT AND TO BE PAID OUTSIDE PLAN

(c) Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims

3. The following executory contracts of the debtor are rejected:
             **NONE**
Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

```
Dated:12/30/06                       /s JAMES WHITE
                                     /S HELEN WHITE


/S RICHARD JACOBY
RICHARD Jacoby, Esq.
```

Attorney for Debtor(s)